```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America                    OK/HAV
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. S-03-535-DFL |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | SENTENCING DATE; [PROPOSED] |
| v. ) | ORDER |
| ) | |
| SCOTT POLL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff United States of America, by and through its counsel of record, and defendant Scott Poll, by and through his counsel of record, hereby stipulate as follows:

    1.   Defendant is currently scheduled to be sentenced on November 3, 2005.

    2.   The parties agree to continue defendant's sentencing to January 26, 2006 at 10:00 a.m.

    3.   Defendant promises to appear on the new sentencing date and understands that he can be prosecuted for separate criminal offenses, including failure to appear, were he to fail to appear on the new hearing date.

4. All previous conditions of release set for defendant shall remain in full force and effect.

DATED: <u>2 Nov.</u>, 2005.

       <u>/s/ Tice-Raskin</u>
       S. ROBERT TICE-RASKIN
       Assistant United States Attorney

DATED: <u>2 Nov. 05</u>, 2005.

       <u>/s/ Anthony Siciliano</u>
       ANTHONY SICILIANO
       Counsel for Defendant Poll

DATED: <u>Nov. 1</u>, 2005.

       <u>/s/ Darryl Scott Poll</u>
       DARRYL SCOTT POLL
       Defendant

<u>O R D E R</u>

IT IS SO FOUND AND ORDERED this <u>8</u> day of November, 2005.

       _____
       DAVID F. LEVI
       United States District Judge