1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814                    **OK/HAV**
4  Telephone: (916) 554-2738

5  Attorneys for Plaintiff
   United States of America
6

7

8
                     UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,       )    Case No. S-03-535-DFL
11                                 )
              Plaintiff,           )    STIPULATION REGARDING
12                                 )    SENTENCING DATE; [PROPOSED]
        v.                         )    ORDER
13                                 )
   SCOTT POLL,                     )
14                                 )
              Defendant.           )
15                                 )
   _____)
16

17
        Plaintiff United States of America, by and through its
18
   counsel of record, and defendant Scott Poll, by and through his
19
   counsel of record, hereby stipulate as follows:
20
        1.   Defendant is currently scheduled to be sentenced on
21
             January 26, 2006 at 10:00 a.m.
22
        2.   The parties agree to continue defendant's sentencing to
23
             March 9, 2006 at 10:00 a.m.
24
        3.   Defendant promises to appear on the new sentencing date
25
             and understands that he can be prosecuted for separate
26
             criminal offenses, including failure to appear, were he
27
             to fail to appear on the new hearing date.
28

4. All previous conditions of release set for defendant shall remain in full force and effect.

DATED:    January 11, 2006

/s/ Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney

DATED:    28 Dec., 2005.

/s/ Anthony J. Siciliano
ANTHONY SICILIANO
Counsel for Defendant Poll

DATED:    28 Dec., 2005.

/s/ Darryl Scott Poll (by permission)
DARRYL SCOTT POLL
Defendant

O R D E R

IT IS SO FOUND AND ORDERED this 13 day of January, 2006

DAVID F. LEVI
United States District Judge

2