```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738                    OK/HAV

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S-03-535-DFL |
| | ) | |
| Plaintiff, | ) | <u>STIPULATION REGARDING</u> |
| | ) | <u>SENTENCING DATE; ORDER</u> |
| v. | ) | |
| | ) | |
| SCOTT POLL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Plaintiff United States of America, by and through its counsel of record, and defendant Scott Poll, by and through his counsel of record, hereby stipulate as follows:

    1.    Defendant is currently scheduled to be sentenced on May 25, 2006 at 10:00 a.m.

    2.    The parties agree to continue defendant's sentencing to August 3, 2006 at 10:00 a.m.

    3.    Defendant promises to appear on the new sentencing date and understands that he can be prosecuted for separate criminal offenses, including failure to appear, were he to fail to appear on the new hearing date.

4. All previous conditions of release set for defendant shall remain in full force and effect.

DATED: May 2, 2006

/s/ Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney

DATED: April 26, 2006

/s/ Anthony J. Siciliano
ANTHONY SICILIANO
Counsel for Defendant Poll

DATED: April 26, 2006

/s/ Darryl Scott Poll
DARRYL SCOTT POLL
Defendant

O R D E R

IT IS SO FOUND AND ORDERED this 11 day of May, 2005.

DAVID F. LEVI
United States District Judge