BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,  v.  DARRYL SCOTT POLL,    Defendant. | CASE NO. 03-cr-535-JAM  **ORDER**  **TO EXONERATE BAIL** |

Good cause having been shown, all bail is exonerated as to defendant Poll, including but not limited to the $25,000 appearance bond and deed of trust posted as security in connection therewith.

IT IS SO ORDERED.

Date: October 3, 2012        /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Court Judge